# FINANCIAL AFFIDAVIT
## IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

CJA 23 (Rev. 5/98)

IN UNITED STATES: ☒ MAGISTRATE ☐ DISTRICT ☐ APPEALS COURT or ☐ OTHER PANEL (Specify below)

IN THE CASE OF: US vs. Rojas-Garcia

**LOCATION NUMBER:**

**DOCKET NUMBERS**
Magistrate: 08MJ0739
District Court:
Court of Appeals:

**PERSON REPRESENTED** (Show your full name): Miguel ~~M~~ Rojas-Garcia

CHARGE/OFFENSE (describe if applicable & check box →) ☐ Felony ☐ Misdemeanor

**NOT FOR PUBLIC VIEW**

1. ☒ Defendant - Adult
2. ☐ Defendant - Juvenile
3. ☐ Appellant
4. ☐ Probation Violator
5. ☐ Parole Violator
6. ☐ Habeas Petitioner
7. ☐ 2255 Petitioner
8. ☐ Material Witness
9. ☐ Other (Specify)

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**ASSETS**

**EMPLOYMENT**
- Are you now employed? ☒ Yes ☐ No ☒ Am Self Employed
- Name and address of employer: Swap meet
- IF YES, how much do you earn per month? $2,000
- IF NO, give month and year of last employment. How much did you earn per month? $____
- If married is your Spouse employed? ☐ Yes ☒ No
- IF YES, how much does your Spouse earn per month? $____
- If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $____

**OTHER INCOME**
Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes ☒ No
IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES

**CASH**
Have you any cash on hand or money in savings or checking account ☐ Yes ☒ No IF YES, state total amount $____

**PROPERTY**
Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes ☒ No
IF YES, GIVE THE VALUE AND DESCRIBE IT

FILED MAR 10 2008

**OBLIGATIONS & DEBTS**

**DEPENDENTS**
MARITAL STATUS:
☐ SINGLE
☐ MARRIED
☒ WIDOWED
☐ SEPARATED OR DIVORCED

Total No. of Dependents: 2

List persons you actually support: two sons

**DEBTS & MONTHLY BILLS**
(LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME | Creditors | Total Debt | Monthly Payt. |
|---|---|---|---|
| | Rent | $ | $1,200 |
| | food | $ | $450 |
| | utilities | $ | $65 |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) 3/10/08

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED): X Miguel Jr. R[signature]