# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,    )
                              )
              Plaintiff       )    CRIMINAL NO. _08 MJ 739_
                              )
                              )         ORDER
         vs.                  )
                              )    RELEASING MATERIAL WITNESS
    Stephen Stephenson        )
                              )    Booking No.
            Defendant(s)       )
                              )

On order of the United States District/Magistrate Judge,

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody:    (Bond Posted / Case Disposed / Order of Court).

DOMINJO Lopez-Vasquez

DATED: ___3/20/08___

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

**RECEIVED** _____                OR
        **DUSM**

                              W. SAMUEL HAMRICK, JR.    Clerk
                              by _____
                                        Deputy Clerk

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95                    ✿ U.S. GPO: 2003-581-774/70082