```
 1   KAREN P. HEWITT
     United States Attorney
 2   CHRISTINA M. McCALL
     Assistant U.S. Attorney
 3   California State Bar No. 234139
     United States Attorney's Office
 4   880 Front Street, Room 6293
     San Diego, California 92101-8893
 5   Telephone: (619) 557-6760/(619)557-6741 (Fax)
     E-mail: Christina.McCall@usdoj.gov
 6
     Attorneys for Plaintiff
 7   United States of America
```

| | |
|---|---|
| 8 | UNITED STATES DISTRICT COURT |
| 9 | SOUTHERN DISTRICT OF CALIFORNIA |

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. 08cr0840-DMS |
| | ) | |
| Plaintiff, | ) | NOTICE OF APPEARANCE |
| | ) | |
| v. | ) | |
| | ) | |
| STEPHEN MICHAEL STEPHENSON et al, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

I, the undersigned attorney, enter my appearance as lead counsel in the above-captioned case.

I certify that I am admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4.

The following government attorneys (who are admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4) are also associated with this case, should be listed as lead counsel for CM/ECF purposes, and should receive <u>all</u> Notices of Electronic Filings relating to activity in this case:

<u>Name</u> (If none, enter "None" below)

Effective this date, <u>the following attorneys are no longer associated with this case</u> and should <u>not</u> receive any further Notices of Electronic Filings relating to activity in this case (if the generic "U.S. Attorney CR" is still listed as active in this case in CM/ECF, please terminate this association):

<u>Name</u> (If none, enter "None" below)

Please call me if you have any questions about this notice.

DATED: May 6, 2008

                                  Respectfully submitted,

                                  KAREN P. HEWITT
United States Attorney

s/Christina M. McCall

_____
CHRISTINA M. McCALL
Assistant United States Attorney
Attorneys for Plaintiff
United States of America
Email: Christina.McCall@usdoj.gov

|   |   |   |
|---|---|---|
| 1 | UNITED STATES DISTRICT COURT | |
| 2 | SOUTHERN DISTRICT OF CALIFORNIA | |

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 08cr0840-DMS |
| Plaintiff, | ) | |
| v. | ) | CERTIFICATE OF SERVICE |
| STEPHEN MICHAEL STEPHENSON, | ) | |
| Defendant. | ) | |

IT IS HEREBY CERTIFIED THAT:

I, CHRISTINA M. McCALL, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I have caused service of Notice of Appearance on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

1. Mahir Twefik Sherif
   Mahirsherif@sbcglobal.net

I hereby certify that I have caused to be mailed the foregoing, by the United States Postal Service, to the following non-ECF participants on this case:

1. N/A

the last known address, at which place there is delivery service of mail from the United States Postal Service.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 6, 2008.

s/Christina M. McCall
CHRISTINA M. McCALL

Notice of Appearance
United States v. Stephen Michael Stephenson   3                                                     08cr0840-DMS